# ELECTRONIC RECORD

COA # 03-13-00603-CR    OFFENSE: 22.02

STYLE: Felix Longoria v. The State of Texas    COUNTY: Tom Green

COA DISPOSITION:    AFFIRMED    TRIAL COURT: 119th District Court

DATE: 08/13/14    Publish: NO    TC CASE #:    B-09-0571-SA

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Felix Longoria v. The State of Texas    CCA #: 1141-14

_____PRO SE_____ Petition    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

_____REFUSED,_____    JUDGE: _____

DATE: ___01/14/2015___    SIGNED: _____    PC: _____

JUDGE: ___Per Curiam___    PUBLISH: _____    DNP: _____

--------------------------

_____PRO SE_____ MOTION FOR

REHEARING IN CCA IS: ___denied___

JUDGE: _PC_  _Feb 25, 2015_

# ELECTRONIC RECORD

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS   FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

COA No. 03-13-00603-CR
PD-1141-14

2/26/2015
LONGORIA, FELIX

Tr. Ct. No. B-09-0571-SA

Pursuant to Rule 69.4(a) T.R.A.P., the record is returned to the court of appeals.

Abel Acosta, Clerk

3RD COURT OF APPEALS  CLERK
JEFF KYLE
P O BOX 12547
AUSTIN, TX 78711
* DELIVERED VIA E-MAIL *